

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 2, 2021

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Timothy Mirabal*, 21 Mag. 10449

Dear Judge Davison:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 21 Mag. 10449, and related arrest warrant for Defendant Timothy Mirabal, as the Defendant has been arrested.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                       By:    _____
                                Benjamin Klein
                                Assistant United States Attorney
                                Tel: (914) 993-1908

SO ORDERED:

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE

Dated: 11/2/21